[No. 23614–8–I. Division One. April 16, 1990.]

JAMES L. GATSOS, ET AL, *Appellants,* v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–06210–2, R. Joseph Wesley, J., entered January 25, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Winsor, JJ.

[No. 23632–6–I. Division One. April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUEL LOPEZ–GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 88–1–00283–4, Gilbert E. Mullen, J., entered January 20, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 24277–6–I. Division One. April 16, 1990.]

NEAL E. BONRUD, ET AL, *Appellants,* v. JULIE JOHNSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–2–05529–5, John E. Rutter, Jr., J., entered May 12, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Pekelis and Baker, JJ.